IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

TAMMIE M. WILLIAMS                                                                                          PLAINTIFF

vs.                                          Civil No. 2:16-cv-02141

NANCY A. BERRYHILL                                                                    DEFENDANT
Commissioner, Social Security Administration

## **JUDGMENT**

     Comes now the Court on this the 25th day of September 2017, in accordance with the Memorandum Opinion entered in the above-styled case on today's date, and hereby considers, orders, and adjudicates that the decision of the Commissioner of the Social Security Administration is **AFFIRMED** and Plaintiff's Complaint is hereby dismissed with prejudice.

     **IT IS SO ORDERED.**

                                                                  /s/ Barry A. Bryant
                                                                  HON. BARRY A. BRYANT
                                                                  U. S. MAGISTRATE JUDGE